IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA SONIA ALLAICO PACHECO; and MISHELL ALEXANDRA QUINTUNA ALLAICO, | § § § § | |
| *Petitioners*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-25-cv-01856-FB |
| WILLIAM JOYCE, Field Office Director of the New York Office for U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; and PAM BONDI, Attorney General of the United States, | § § § § § § § § | |
| *Respondents*. | § | |

**ORDER**

Before the Court is the status of the above styled and numbered cause. This habeas petition was transferred from the Southern District of New York to the Southern District of Texas to the Western District of Texas. (ECF Nos. 11 & 20). Petitioners obtained San Antonio counsel, who indicated that Petitioners would seek leave to file an amended habeas petition, (ECF No. 19), presumably to name the proper local respondent(s) for purposes of service and proceeding forward.

IT IS THEREFORE ORDERED that Petitioners shall file, **on or before January 28, 2026**, an advisory indicating the status of this case or a motion for leave to amend the petition now that this habeas matter has been transferred to the Western District of Texas.

It is so ORDERED.

SIGNED this 26th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE